# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JASON GOSS, *et al.*, § § § Plaintiffs, § § v. § Case No. 6:18-cv-423-JDK § TYLER TRADITIONS, INC. d/b/a § TRADITIONS and KANDICE § OWENS, § § Defendants. § § | |

**FINAL JUDGMENT**

All pending claims in this matter having been dismissed, the Court hereby enters **FINAL JUDGMENT**. As per the parties' stipulation, the claims of Plaintiffs Caroline Artmire, Chrystal Dilbeck, Abigail Greene, Tamara Robertson, Ken'Tavian McDade, and Christan Weisinger have been and are **DISMISSED WITHOUT PREJUDICE**. Docket No. 42. Also as per the parties' stipulation, the claims of Jason Goss, Addison Gallion, Willie J. Evans, Anita Lankford, Christie O'Neil, and Jasmine Orta have been and are **DISMISSED WITH PREJUDICE**. Docket No. 47. All attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk of Court is directed to close the case.

So **ORDERED** and **SIGNED** this **13th** day of **October, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE